■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS CURRAO, Appellant. [757 NYS2d 877] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Gary, J.), rendered September 15, 1998, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was legally insufficient to establish his guilt beyond a reasonable doubt is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Gray,* 86 NY2d 10, 20-21 [1995]; *People v Santos,* 86 NY2d 869, 870 [1995]). In any event, viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15 [5]).

Contrary to the defendant's contention, trial counsel rendered meaningful representation at all stages of the proceedings (*see People v Benevento,* 91 NY2d 708 [1998]; *People v Baldi,* 54 NY2d 137 [1981]).

The sentence imposed was not excessive (*see People v Suitte,* 90 AD2d 80 [1982]). Santucci, J.P., Luciano, Townes and Rivera, JJ., concur.